IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIN NICOLE COOPER,
    Plaintiff,

vs.                                                  Case No.: 3:04cv150/RV/EMT

TIM STIEN, et al,
    Defendants.

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  Leave to proceed in forma pauperis has been granted (Doc. 7).

On May 5, 2005, this court entered an order (Doc. 10) directing Plaintiff to file an amended civil rights complaint within thirty (30) days.  Plaintiff failed to respond to the order, therefore, on June 9, 2005, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 11).  The show cause order was returned to the clerk's office marked "return to sender unable to forward."[1]  Plaintiff has not notified the court of any change of address and has filed nothing with this court since June 1, 2004.  Thus, it appears that Plaintiff has abandoned the prosecution of this case.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court and failure to prosecute.

---

[1] The order directing Plaintiff to amend her complaint (Doc. 10) was not returned to the clerk's office.

At Pensacola, Florida, this 7th day of July, 2005.

>   /s/ *Elizabeth M. Timothy*
>   **ELIZABETH M. TIMOTHY**
>   **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**