IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIN NICOLE COOPER,
     Plaintiff,

vs.                           Case No.: 3:04cv150/RV/EMT

TIM STIEN, et al,
     Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 7, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court and failure to prosecute.

**DONE AND ORDERED** this 8th day of August, 2005.


/s/ *Roger Vinson*
**ROGER VINSON**
**UNITED STATES SENIOR JUDGE**